United States District Court
For The District Of Columbia

Clinton Y. Eldridge,
#00545000
Petitioner,

USP MAX
P.O. Box 8500
Florence, CO
81226

v.                                                    C.A. #

U.S. Department of Justice
Executive Office for U.S. Attorney
Freedom of Information & Privacy Staff
600 E. Street, N.W.
Bicentennial Building, Ste. 7300
Washington, D.C. 20530-0001
Respondent(s).

RECEIVED
Mail Room
SEP 26 2006
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Writ Of Mandamus

Petitioner, Clinton Y. Eldridge files this
Writ of Mandamus pursuant to 28 U.S.C. § 1361,

for the below reasons.

1. On July 8, 2015, petitioner filed a Freedom of Information Act requesting for Police Reports, namely, PD's 47, 58, 84, 118, 163, 251, 258 and 668 from a District Attorney's Office. Petitioner received a letter from Susan B. Liesson, Assistant Director, along with a form that petitioner signed for under 100 pages which are free. Exhibit "A".

2. Respondent placed petitioner on the Complex Track, its understandable there may be back logs of requested information from others, however its been over a year, and petitioner is only requesting for eight (8) police reports. For a few reports should not take over a year to be

3.

produce and provide such reports.

3. Petitioner have over the years filed for such reports so that the truth can be expose in connection with petitioner's convictions. Any further delay of receiving the police reports only prolong petitioner's incarceration based on false evidence presented by the government to the court.

Therefore, petitioner ask the court to grant this Writ of Mandamus upon respondent to act and provide the police reports.

Respectfully submitted,

Clinton Y. Eldridge

4.

Certificate of Service

Petitioner, Clinton L. Eldridge, herebly, and certify that this Writ of Mandamus was mailed on this 19th day of September 2016 to the Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Ave. N.W., Washington D.C. 20001

Respectfully submitted,

Clinton L. Eldridge
Reg. 00545-010
P.O. Box 8500
Florence, CO 81226-8500



**U.S. Department of Justice**
*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*

(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)

August 5, 2015

Clinton L. Eldridge
# 00545-000
USP, P.O. Box 8500
Lorence, Colorado  81226-8500

      Re: Request Number: FOIA-2015-02928    Date of Receipt: July 8, 2015
      Subject of Request: Self - USAO D.C. [Remand of FOIA-2015-01106]

Dear Mr. Eldridge:

      The purpose of this letter is to acknowledge receipt of your Freedom of Information Act/Privacy Act request dated **July 8, 2015** and received in the Executive Office for United States Attorneys (EOUSA) on <u>July 8, 2015</u>. You requested records concerning Self - USAO D.C. [Remand of FOIA-2015-01106]. Your request has been assigned Tracking Number FOIA-2015-02928.

      For your information, EOUSA assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. As an estimate, the likely median response time for simple requests is approximately 30 business days, whereas complex requests necessarily take longer. At this time, your request has been assigned to the Complex track.

      Please be advised that there may be certain costs associated with processing your request. Consequently, you may be responsible for paying those costs, unless you have requested and been granted a waiver or reduction in fees. In most instances, the first 100 pages to duplicate and the first two hours to search for records responsive to your request, will be provided to you free of charge. Thereafter, search and review fees by professional personnel are charged at $40 per hour and duplication fees are assessed at five cents per page.

      Requests that are specific, concrete and of limited scope (in time and/or subject matter) generally enable us to respond to you more quickly and possibly assess less fees. You may decide to limit or reduce the estimated fees, or obtain a quicker response, by modifying your request in one or more ways specified in the attachment to this letter. If after making those allowances we determine that the cost to process your request will amount to more than $25.00, we will notify you in writing at a later date.

If you have any questions regarding any aspect of your case, you may contact EOUSA by telephone or in writing using the contact information listed above. Please refer to your assigned tracking number, should you contact EOUSA seeking information about your request.

Sincerely,

Susan B. Gerson
Assistant Director

Attachment

Form No. 001 - 6/12

2

**THIS IS NOT A BILL. DO NOT SEND MONEY**

Clinton L. Eldridge    FOIA-2015-02928

## CHOOSE ONE

_✓_ Please do not search any longer. I understand that I am entitled to the first 100 pages free. Please do not search beyond two hours, nor duplicate beyond 100 pages.

____I wish to withdraw my request.

____I wish to modify my request in an attempt to reduce fees or to obtain a quicker response, as follows:

_____

_____

_____

_____

_____

____I agree to pay up to the following amount for search time:  $_____
**I understand that this payment is required even if no documents are located or released to me.** In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

Signature _CLINTON T. ELDRIDGE_            Date  8-12-15

Please return to:

EOUSA
FOIA/PA
600 E Street, N.W., Room 7300
Washington, DC 20530

3